## A. Wilson v. The State.

The qualifications of jurors are fully prescribed by the forty-fifth section of the twelfth article of the present Constitution, and all antecedent enactments inconsistent therewith are abrogated thereby. The ruling to the same effect in the case of Maloy v. The State, 33 Texas, 599, cited and approved.

Appeal from Brazoria. Tried below before the Hon. George E. Mann.

The court below allowed the State to challenge jurors because they were not freeholders or householders, and the defendant excepted on the ground that the present Constitution makes all qualified voters competent for jury service. The appellant was tried for the murder

of Thomas Smith. He was found guilty, and death assessed as the penalty.

The brief filed in his behalf bears no signature.

*J. G. Boyle, Assistant Attorney General,* for the State.

EVANS, P. J.—The fourth and fifth assignments are well taken.

Article 12, Section 45, of the Constitution, prescribes the qualifiations of jurors, and supercedes so much of the pre-existing laws as is inconsistent with it. This was expressly decided in the case of Maloy v. The State, at the last term of this court. (33 Texas, 599.)

Questions respecting the construction of Section 14, Article 5, of the Constitution, raised by the record, are not presented either in the bill of exceptions or the statement of facts, with sufficient certainty to enable this court to consider them in all their aspects ; and as they are not likely to arise in another trial of this case, we do not now consider them.

The judgment is reversed and the cause remanded.

REVERSED AND REMANDED.